On the facts found by the Court of Appeal, there is no error of law in its judgment.

262 So.2d 41

Hugh D. PIPER III, Ind., etc.

v.

ALLSTATE INSURANCE COMPANY et al.

No. 52459.

May 23, 1972.

262 So.2d 41

Joseph Merlin BERTRAND

v.

Dollie Olivia Wilkinson BERTRAND.

No. 52470.

May 23, 1972.

Under the facts found by the court of appeal, there is no error of law.

On the facts found by the Court of Appeal, we find no error of law in its judgment.